■ OUTDOOR AMUSEMENT BUSINESS ASSOCIATION et al., Appellants, v STATE TAX COMMISSION, Respondent. (Appeal No. 2.) — Order unanimously affirmed, for the reasons stated at Special Term. (Appeal from order of Erie Supreme Court, Johnson, J. — summary judgment.) Present — Dillon, P.J., Hancock, Jr., Doerr, Denman and Moule, JJ.